FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 SEP 18  AM 10 20

STEPHAN HARRIS, CLERK
CASPER

# United States District Court
## For The District of Wyoming

ALEKSANDR DURNYAK and
LYUDMILA DURNYAK,

    Plaintiff(s),

v.

NEW PRIME, INC and STEPHEN GIVENS,

    Defendant(s).

Case No. 12CV178-S

## JUDGMENT IN A CIVIL CASE

Jury Verdict. This action came before the Court for a trial by jury. These issues have been tried and the jury has rendered its verdict.

The jury awarded Plaintiff Aleksandr Durnyak the amount of Seven Million Nine Hundred Sixty-Two Thousand, One Hundred Fifty-Six dollars and Ninety-Two cents ($7,962,156.92). The jury awarded Plaintiff Lyudmila Durnyak the amount of One Million dollars ($1,000,000.00).

The total amount awarded to Plaintiffs was Eight Million Nine Hundred Sixty-Two Thousand, One Hundred Fifty-Six dollars and Ninety-Two cents ($8,962,156.92). Said amount is apportioned by the percentage of fault that the jury found to be attributed to Aleksandr Durnyak, which was 10% and the percentage of fault the jury found to be attributed to Defendant Stephen Givens, which was 90%.

Therefore, Judgment is hereby entered in favor of Plaintiffs in the amount of Eight Million Sixty-Five Thousand, Nine Hundred Forty-One dollars and Twenty cents ($8,065,941.20). This amount shall be paid with post-judgment interest, along with costs.

This action was tried by a Jury with the Honorable Judge Scott W. Skavdahl presiding and the Jury did render said verdict.

Dated this 18th day of September 2013.

STEPHAN HARRIS
CLERK OF COURT

(By) Deputy Clerk